```
                          United States Bankruptcy Court
                           Western District of Michigan
In re:                                                            Case No. 15-05375-jtg
Jill A. Malusek                                                   Chapter 13
John J. Malusek
         Debtors                  CERTIFICATE OF NOTICE

District/off: 0646-1          User: botmak              Page 1 of 1               Date Rcvd: Mar 11, 2016
                              Form ID: ostrkcm          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2016.
7702872       +Journey Credit Union,   1200 Zeeb Drive,   Saint Johns MI 48879-1150

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2016 at the address(es) listed below:
              Barbara P. Foley    ecf@chpt13.com, chpt13@yahoo.com
              Ronald A. Zawacki    on behalf of Debtor Jill A. Malusek Zawackilaw@yahoo.com
              Ronald A. Zawacki    on behalf of Debtor John J. Malusek Zawackilaw@yahoo.com
                                                                                            TOTAL: 3
```

Form OSTRKCM (08/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtors (names used by the debtors in the last 8 years, including married, maiden, trade, and address):<br><br>**Jill A. Malusek**<br>5397 N. Williams Road<br>Saint Johns, MI 48879<br>SSN: xxx–xx–6618<br>**John J. Malusek**<br>5397 N. Williams Road<br>Saint Johns, MI 48879<br>SSN: xxx–xx–4198<br><br>**Debtors** | **Case Number 15–05375–jtg**<br><br>**Chapter 13**<br><br>**Honorable John T. Gregg** |

## NOTICE STRIKING CLAIM

In the above–noted case, the Clerk of the Bankruptcy Court has determined that pursuant to LBR 5005–2(c), the following proof of claim presented for filing is deemed defective:

Claim Number: 9

Name of Claimant: Journey Credit Union

Reason for Defect: Not Properly Signed

The Claim is not properly signed or verified as required by BR9011. The claim must be refiled with the Court to correct the defect within fourteen (14) days of the date below. A Claim which is timely filed to correct the defect, shall be considered filed as the date that the claim was originally received by the Court.

Daniel M. LaVille
Clerk of Court

**Dated:** March 11, 2016