## In the United States Bankruptcy Court
## Western District of Michigan

In Re:  
Malusek, Jill And John  
5397 N Williams Rd  
Saint Johns Mi 48879

Chapter 13  
Case No. GL-15-05375

### Trustee's Notice of Intent to Pay Claims

    Now comes the Standing Chapter 13 Trustee who reports that the claims bar date for this case was January 28, 2016. The claims received and the court's claim register have been examined. The Trustee finds that the following claims were filed timely. The claim amount is in the "Amount" column.

### Filed Claims

| Name and Address of Creditor | Amount | Classification |
|---|---|---|
| Ronald A Zawacki<br>830 W Lake Lansing Rd Ste 200<br>East Lansing,Mi 48823 | $1,200.00 | ATTORNEY FEE<br>Acct No: XXXXXXXXXXXX |
| Bank Of America<br>Po Box 15102<br>Wilmington,De 19886-5102 | $2,906.44 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX6988 |
| Portfolio Recovery Assoc<br>Po Box 12914<br>Norfolk,Va 23541 | $1,675.00 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX2957 |
| Portfolio Recovery Assoc<br>Po Box 12914<br>Norfolk,Va 23541 | $496.58 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX4435 |
| Journey Federal Credit Union<br>1200 Zeeb Dr<br>St Johns,Mi 48879 | $4,748.76 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX2205 |
| Journey Federal Credit Union<br>1200 Zeeb Dr<br>St Johns,Mi 48879 | $5,237.87 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX |

| Name and Address of Creditor | Amount | Classification |
|---|---|---|
| Becket & Lee Llp<br>Po Box 3001<br>Malvern,Pa 19355-0701 | $1,892.69 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXX2280 |
| Msu Federal Credit Union<br>3777 West Rd<br>East Lansing,Mi 48823 | $4,924.54 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXX5250 |
| Comenity Capital Bank/Paypal Credit<br>% Weinstein & Riley P.S.<br>Po Box 3978<br>Seattle,Wa 98124-3978 | $3,106.00 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXX2752 |
| Americredit Financial Serv<br>Po Box 183853<br>Arlington,Tx 76096 | $10,994.60 | SECURED CREDITOR/VEHICLE<br>Acct No: XXXXXXXXXXX2539 |
| Journey Federal Credit Union<br>1200 Zeeb Dr<br>St Johns,Mi 48879 | $5,805.61 | SECURED CREDITOR/VEHICLE<br>Acct No: XXXXXXXXXXX2176 |

**Creditors that will be maintained during the plan and paid beyond the plan**

| Name and Address of Creditor | Monthly Payments by Trustee | Classification |
|---|---|---|
| Mortgage Center<br>P.O. Box 2171<br>Southfield Mi 48037-2171 | $1,411.62 | MORTGAGE REGULAR PAYMENT<br>Acct No:   XXXXXXXXXXX6786 |
| Journey Federal Credit Union<br>1200 Zeeb Dr<br>St Johns,Mi 48879 | $501.04 | MORTGAGE REGULAR PAYMENT<br>Acct No:   XXXXXXXXXXX6618 |
| Mortgage Center<br>P.O. Box 2171<br>Southfield Mi 48037-2171 | $718.73 | MORTGAGE REGULAR PAYMENT<br>Acct No:   XXXXXXXXXXX6785 |

Pursuant to Section 502(a) of the bankruptcy code, all claims filed are deemed allowed.

The debtor is hereby notified to immediately file an objection to any creditor listed, that debtor objects to being paid by the Trustee.  If no objection is received, the claim will be paid as filed, pursuant to the Chapter 13 Plan.

In the Standing Chapter 13 Trustee's examination of claims and review of the court's claim register, a claim has not been filed for the following scheduled creditors.  The Trustee will make no payments to these creditors.

## Creditor with No Claim on Record

| Name and Address of Creditor | Amount | Classification |
|---|---|---|
| Journey Federal Credit Union<br>1200 Zeeb Dr<br>St Johns, Mi 48879 | $0.00 | SECURED CREDITOR<br>Acct No:  XXXXXXXXXXX |
| | | **Scheduled Amount**   $0.00 |
| Journey Credit Union<br>1200 Zeeb Drive<br>Saint Johns Mi 48879 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX |
| | | **Scheduled Amount**   $109.00 |
| U.S. Bank (Kroger)<br>P.O. Box 6335<br>Fargo Nd 58125 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX2118 |
| | | **Scheduled Amount**   $1,434.00 |

Tax creditors have until 03/28/2016 to file a timely filed claim.  If we receive a tax claim you will receive a notice.

The Standing Chapter 13 Trustee reports that timely filed allowed claims will be included in distribution of dividends under debtor's plan.

Dated: 4/27/16                                           /s/ Barbara P. Foley

CC:
Malusek, Jill And John
5397 N Williams Rd
Saint Johns  Mi  48879


RONALD A ZAWACKI
830 W LAKE LANSING RD STE 200
EAST LANSING, MI 48823


PROOF OF SERVICE

This is to certifiy that the original has been mailed to the Debtors and to the Bankruptcy Court Clerk and Debtors' Attorney via ECF notice on 4/27/2016 by Myia Worthy.