UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
-SOUTHERN DIVISION-

IN RE:

John J. Malusek And,
Jill A. Malusek
        Debtor(s).

CASE NO. 15-05375

CHAPTER 13

HON. JOHN T. GREGG

FILED: September 30, 2015

### ORDER APPROVING DEBTORS' SECOND CHAPTER 13 POST-CONFIRMATION AMENDMENT

    This matter having come before the Court on Debtors' Second Chapter 13 Post-Confirmation Amendment to Chapter 13 Plan, the Court having reviewed same and being otherwise fully advised in the premises;

    **NOW THEREFORE, IT IS HEREBY ORDERED** that the language of the Plan is amended and incorporated herein as follows:

II.    **FUNDING**

A.    **PLAN PAYMENT** The Debtor(s) shall make payments in the amount of $3,684.56 per ☐ week, ☐ bi-weekly, ☐ semi-monthly, ■ monthly and/or ■ Other (see "Additional Plan Payment Provisions" below) for the minimum of the Applicable Commitment period (ACP).

    ■ **Additional Plan Payment Provisions:** Debtors owe the IRS the sum of $2,446 for income taxes for the tax year 2015. Debtors have paid the IRS the sum of $2,446 and were unable to make their full plan payment on March 30, 2016. They have paid $1,000 of their regular plan payment of $3,684.56 on March 30, 2016. Beginning April 30, 2016 they will pay the plan payment of $3,684.56 plus an additional $100 for a total of $3,784.56. The payment of $3,784.56 will continue each month thereafter until the arrearage is paid in full. Once the arrearages are paid in full that the plan payment will be reduced to $3,684.56 for the balance of the plan.

### END OF ORDER

Signed: June 30, 2016




John T. Gregg
United States Bankruptcy Judge