UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

                                            Chapter 13
   Jill A. Malusek                        Case No. 15-05375
   John J. Malusek                   Honorable John T. Gregg

      Debtors
_____/

**CERTIFICATE OF SERVICE**

      The undersigned states that on August 15, 2016 copies of **STIPULATED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND ALLOWING A DEED IN LIEU OF FORECLOSURE** were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Ronald A. Zawacki | Matthew Cheney |
| 830 W Lake Lansing Road | The Ledyard Building, 2nd Floor |
| Suite 200 | 125 Ottawa NW, Suite 202R |
| East Lansing, MI   48823 | Grand Rapids, MI 49503 |

Barbara P. Foley
229 E. Michigan Ave.
Suite 440
Kalamazoo, MI 49007

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, copies of **STIPULATED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND ALLOWING A DEED IN LIEU OF FORECLOSURE** to the following non-ECF participants:

Jill A. Malusek
John J. Malusek
5397 N. Williams Road
Saint Johns, MI 48879


Date:   August 15, 2016                          /s/ Margaret A. Martin
                                                               Margaret A. Martin, Paralegal
                                                               Orlans Associates, P.C.
                                                                Attorneys for Mortgage Center LC F/K/A
                                                                Mortgage Center LLC
                                                               P.O. Box 5041
                                                              Troy, MI 48007
                                                              (248) 502-1400
                                                              Email: eabood-carroll@orlans.com
                                                              File Number: 16-004609