UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:  JILL A MALUSEK
       JOHN J MALUSEK
       5397 N WILLIAMS RD
       SAINT JOHNS  MI  48879

CASE NO. GL-15-05375
Chapter 13
Filed: 09/30/2015

## TRUSTEE'S NOTICE OF INTENT TO PAY ADDITIONAL CLAIM

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| MORTGAGE CENTER LC<br>29621 NORTHWESTERN HWY<br>SOUTHFIELD, MI  48034 | $783.33 | MORTGAGE REGULAR PAYMENT<br>ACCT: XXXXXXXX6785<br>COMM: |

The foregoing is an addtional claim that was not included in any previous Notice of Intent to Pay Claims. The Trustee has examined the claim and it shall be paid pursuant to the provision of the Debtors' confirmed Plan and other orders of this court.

DATE: 08/22/2016

/s/ Barbara P. Foley
BARBARA P. FOLEY
229 E. MICHIGAN AVE, SUITE 440
KALAMAZOO, MI  49007

cc: Debtors: at above address

Attorney for Debtors:
    RONALD A ZAWACKI
    830 W LAKE LANSING RD STE 200
    EAST LANSING,  MI  48823

PROOF OF SERVICE

This is to certifiy that the original has been mailed to the Debtors and to the Bankruptcy Court Clerk and Debtors' Attorney via ECF notice on 08/22/2016 by Paula Hillsburg.