UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
-SOUTHERN DIVISION-

IN RE:

Jill A. and John J. Malusek,

Debtors.

CASE NO. 15-05375

CHAPTER 13

HON. JOHN T. GREGG

FILED: September 30, 2015

## ORDER APPROVING DEBTORS' THIRD CHAPTER 13 POST-CONFIRMATION AMENDMENT

This matter having come before the Court on Debtors' Third Chapter 13 Post-Confirmation Amendment to Chapter 13 Plan, the Court having reviewed same and being otherwise fully advised in the premises;

**NOW THEREFORE, IT IS HEREBY ORDERED** that the language of the Plan is amended and incorporated herein as follows:

II.  **FUNDING**
A.  **PLAN PAYMENT** The Debtor(s) shall make payments in the amount of $3,791 per ☐ week, ☐ bi-weekly, ☐ semi-monthly, ☐ monthly and/or ■ Other (see "Additional Plan Payment Provisions" below) for the minimum of the Applicable Commitment period (ACP).
    ■ **Additional Plan Payment Provisions:** Payments of $3,791 shall begin March of 2017 and continue thereafter for the balance of the plan

END OF ORDER

Signed: March 14, 2017




John T. Gregg
United States Bankruptcy Judge