United States Bankruptcy Court
Western District of Michigan

In re:                                                                Case No. 15-05375-swd
Jill A. Malusek                                                       Chapter 13
John J. Malusek
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0646-1          User: parentka          Page 1 of 1              Date Rcvd: Oct 05, 2018
                              Form ID: pdf017         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2018.
db/db          +Jill A. Malusek,   John J. Malusek,   3806 Cornice Falls Drive,   Apt. 3,   Holt, MI 48842-8809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
              Barbara P. Foley     ecf@chpt13.com, chpt13@yahoo.com
              Craig B. Rule    on behalf of Creditor    Mortgage Center LC F/K/A Mortgage Center LLC
               bankruptcyMW@orlans.com, anhsom@gmail.com;ANHSOA@4stechnologies.com
              Elizabeth M. Abood-Carroll    on behalf of Creditor    Mortgage Center LC F/K/A Mortgage Center LLC
               bankruptcyMW@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
              Ronald A. Zawacki    on behalf of Debtor Jill A. Malusek Zawackilaw@yahoo.com
              Ronald A. Zawacki    on behalf of Debtor John J. Malusek Zawackilaw@yahoo.com
              Ryan  Byrd    on behalf of Creditor    Mortgage Center LC F/K/A Mortgage Center LLC
               bankruptcy@orlans.com, ANHSOA@4stechnologies.com;anhsoa@gmail.com
                                                                                               TOTAL: 6

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:  
    JILL A MALUSEK  
    JOHN J MALUSEK  
        Debtor(s)

Case No. DL-15-05375

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Barbara P. Foley, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/30/2015.

2) The plan was confirmed on 02/04/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/30/2016, 03/14/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 07/31/2018.

6) Number of months from filing to last payment: 34.

7) Number of months case was pending: 36.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $37,113.83.

10) Amount of unsecured claims discharged without payment: $1,543.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $146,729.88 |
| Less amount refunded to debtor | $1,350.99 |

**NET RECEIPTS:** $145,378.89

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,200.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $10,910.76 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $12,110.76

Attorney fees paid and disclosed by debtor:   $2,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICREDIT FINANCIAL SERV | Secured | 10,908.00 | 10,994.60 | 10,994.60 | 10,994.60 | 2,077.96 |
| BANK OF AMERICA | Unsecured | 2,944.00 | 2,906.44 | 2,906.44 | 2,906.44 | 67.76 |
| BECKET & LEE LLP | Unsecured | 1,913.00 | 1,892.69 | 1,892.69 | 1,892.69 | 44.24 |
| COMENITY CAPITAL BANK/PAYPAL | Unsecured | 3,106.00 | 3,106.00 | 3,052.97 | 3,052.97 | 72.47 |
| JOURNEY CREDIT UNION | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| JOURNEY FEDERAL CREDIT UNION | Secured | 5,806.00 | 5,805.61 | 5,401.96 | 5,401.96 | 844.37 |
| JOURNEY FEDERAL CREDIT UNION | Unsecured | 4,749.00 | 4,748.76 | 4,748.76 | 4,748.76 | 110.88 |
| JOURNEY FEDERAL CREDIT UNION | Unsecured | 4,923.00 | 5,237.87 | 5,237.87 | 5,237.87 | 122.08 |
| JOURNEY FEDERAL CREDIT UNION | Secured | NA | 16,444.00 | 0.00 | 0.00 | 0.00 |
| JOURNEY FEDERAL CREDIT UNION | Secured | 16,444.00 | 17,063.66 | 16,438.57 | 16,438.57 | 0.00 |
| MORTGAGE CENTER LC | Secured | 52,248.00 | 54,247.95 | 54,247.95 | 0.00 | 0.00 |
| MORTGAGE CENTER LC | Secured | 4,292.13 | 3,017.50 | 595.52 | 595.52 | 0.00 |
| MORTGAGE CENTER LC | Secured | 139,485.00 | 140,658.00 | 45,368.16 | 45,368.16 | 0.00 |
| MORTGAGE CENTER LLC | Secured | NA | 49.08 | 49.08 | 49.08 | 0.00 |
| MORTGAGE CENTER LLC | Secured | 57,144.00 | 57,192.76 | 25,980.15 | 25,980.15 | 0.00 |
| MSU FEDERAL CREDIT UNION | Unsecured | 4,988.00 | 4,924.54 | 4,924.54 | 4,924.54 | 114.80 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,700.00 | 1,675.00 | 1,675.00 | 1,675.00 | 39.20 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 497.00 | 496.58 | 496.58 | 496.58 | 11.48 |
| U.S. BANK (KROGER) | Unsecured | 1,434.00 | NA | NA | 0.00 | 0.00 |
| WYNDHAM VACATION RESORTS | Secured | 9,691.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $142,034.83 | $87,786.88 | $0.00 |
| Mortgage Arrearage | $644.60 | $644.60 | $0.00 |
| Debt Secured by Vehicle | $16,396.56 | $16,396.56 | $2,922.33 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$159,075.99** | **$104,828.04** | **$2,922.33** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$24,934.85** | **$24,934.85** | **$582.91** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $12,110.76 |
| Disbursements to Creditors | $133,268.13 |
| **TOTAL DISBURSEMENTS** : | **$145,378.89** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/04/2018                           By: /s/ Barbara P. Foley
                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**